**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Tim Braun,<br><br>Plaintiff,<br><br>vs.<br><br>Gung-Ho Company, a California corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL FILE NO. 01-752 (ADM/AJB)**<br><br>**SUPPLEMENTAL STIPULATION**<br>**<u>AND PROTECTIVE ORDER</u>** |

WHEREAS, the parties to this action have entered a Stipulation and Protective Order which was adopted as the Order of this Court on October 17, 2001; and

WHEREAS, that Stipulation and Protective Order provided that it "shall also apply to all information, documents and things produced in connection with this litigation by a third party, pursuant to subpoena or otherwise, if the third party requests in writing that the terms hereof shall apply to the information, documents and things produced by them, and designates the information, documents and things as Confidential Information"; and

WHEREAS, documents or things may be produced in conjunction with discovery in this litigation that GlobalWare Solutions, Inc. and/or New Territories, Inc. assert contains confidential commercial or technical information, including client information, financial information, corporate and marketing strategies, proprietary information, trade secrets, and other competition-sensitive commercial information and GlobalWare Solutions, Inc. and/or New Territories, Inc. have, in writing, expressed a desire to protect and safeguard its

DEC 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

information provided during the course of discovery in this action against any unauthorized disclosure to, or use by, the other or anyone else, except to the extent required in connection with this action; and

**NOW, THEREFORE**, it is stipulated and agreed by and between Tim Braun and Gung-Ho Company, through their respective attorneys, as follows:

1. That the Stipulation and Protective Order dated October 17, 2001 shall apply to GlobalWare Solutions, Inc. and New Territories, Inc. as though they were original parties thereto.

Dated: 12/3, 2001

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

By____________________

J. Christopher Cuneo, #20370
80 South Eighth Street
1800 IDS Center
Minneapolis, Minnesota 55402
(612) 336-9301
(612) 339-8064 - Facsimile

Attorneys for Plaintiff Tim Braun

Dated: 11/26, 2001

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

By____________________

Angela L. Rud, #264714
Gregory G. Pinski, #296399
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800
(612) 333-0066 - Facsimile

Attorneys for Defendant Gung-Ho Company

**ORDER**

Based on the foregoing Stipulation:

**IT IS HEREBY ORDERED** that the above Stipulation shall be, and hereby is, adopted as the Order of this Court, and the parties are directed to fully comply therewith.

**IT IS FURTHER ORDERED** that the Clerk of this Court is directed to maintain the confidentiality of any documents filed with the Court in accordance with this Stipulation.

**BY THE COURT:**

Dated: December 4, 2001

The Honorable Ann D. Montgomery
Judge of United States District Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.