**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Tim Braun,

Plaintiff,

vs.

Gung-Ho Company, a California corporation,

Defendant.

**CIVIL FILE NO. 01-CV-752 (ADM/AJB)**

**ORDER AMENDING JUNE 25, 2001 PRETRIAL SCHEDULING ORDER**

---

Upon the joint motion of the parties,

**IT IS ORDERED:**

1. That paragraph 1 of the Discovery Plan section of the June 25, 2001 Pretrial Scheduling Order in this matter is vacated and replaced with the following:

"1. Discovery shall be commenced in time to be completed by February 28, 2002."

2. That paragraph 2 of the Non-Dispositive Motions section of the June 25, 2001 Pretrial Scheduling Order in this matter is vacated and replaced with the following:

"2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, February 28, 2002."

3. That paragraph 1 of the Dispositive Motions section of the June 25, 2001 Pretrial Scheduling Order in this matter is vacated and replaced with the following:

"1. All dispositive motions shall be served and filed by the parties by May 1, 2002."

4. That the Trial section of the June 25, 2001 Pretrial Scheduling Order in this matter is vacated and replaced with the following:

FILED JAN 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

"This case shall be ready for a **Court** trial on July 1, 2002, or upon resolution of any pending dispositive motions. Each party shall call no more than one expert witness. Anticipated length of trial is 5 days."

5. That in all other respects, the terms of the June 25, 2001 Pretrial Scheduling Order shall continued unchanged.

**BY THE COURT:**

Dated: 1/11, 2002

The Honorable Arthur J. Boylan
Magistrate Judge

Doc. #: 119906