UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIM BRAUN,

Plaintiff,

v.

GUNG-HO COMPANY,

Defendant.

Case No. 01-752 ADM/AJB

**AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

A settlement conference will be held on **April 3, 2002, at 1:30 p.m.**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present.

Dated: 2/21/02

ARTHUR J. BOYLAN
United States Magistrate Judge

FEB 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK