UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIM BRAUN,

Plaintiff,

v.

GUNG-HO COMPANY,

Defendant.

Case No. 01-752 ADM/AJB

**SECOND AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

Due to a conflict on the Court's calendar, the settlement conference scheduled to begin at 1:30 p.m. on April 3, 2002, will commence at **2:00 p.m. on April 3, 2002**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present.

Dated: 2/23/02

ARTHUR J. BOYLAN
United States Magistrate Judge

FEB 25 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK