UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| Tim Braun,<br><br>Plaintiff,<br><br>vs.<br><br>Gung-Ho Company, a California corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL FILE NO. 01-752 (ADM/AJB)**<br><br><br><br>**<u>ORDER</u>** |

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED,** that the above matter be and the above-captioned matter, including Plaintiff's Complaint, Defendant's Counterclaim, and all claims which were or could have been raised therein, are hereby dismissed with prejudice and on the merits, but without further costs to either party.

**BY THE COURT:**

Dated: May 10, 2002

ANN D. MONTGOMERY
U.S. District Judge

Doc. #: 137587

FILED MAY [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Tim Braun,<br><br>Plaintiff,<br><br>vs.<br><br>Gung-Ho Company, a California corporation,<br><br>Defendant. | ) | **CIVIL FILE NO. 01-752 (ADM/AJB)**<br><br>**STIPULATION OF DISMISSAL** **<u>WITH PREJUDICE AND ORDER</u>** |

As a consequence of the settlement of the dispute between them, the parties, through their respective counsel, hereby stipulate and agree that Plaintiff Tim Braun's Complaint, Defendant Gung-Ho Company's Counterclaim, and all claims which were, or could have been raised in the above-captioned lawsuit, be and hereby are dismissed with prejudice and on the merits, but without further costs to either party. The parties consent to entry of the attached Order.

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

Dated: May 3, 2002

By ______________________

J. Christopher Cuneo, #20370
Christopher R. Grote, #267995
1800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 336-9301
(612) 339-8064 - Facsimile

Attorneys for Plaintiff

**GRAY, PLANT, MOOTY, MOOTY & BENNETT**

Dated: May 6, 2002

By [signature]

Angela L. Rud, # 264714
Gregory G. Pinski, #296399
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800
(612) 333-0066

Attorneys for Defendant Gung-Ho Company